IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 3:15-bk-01744 |
| **Kelly Suzanne Lewis** ) | |
| xxx-xx-6509 ) | |
| ) | |
| **Debtor** ) | |
| ) | |

### NOTICE TO CHANGE DEBTOR ADDRESS

Comes Kelly Suzanne Lewis, by and through counsel, and hereby gives notice of a change in the debtor's address as follows:

Kelly Suzanne Lewis
1369 Lake Barkley Dr
Kuttawa, KY 42055.

Date: May 18, 2016

Respectfully submitted,

**/s/Jon Daniel Long**
**Jon Daniel Long Reg. #31211**
Attorney for Debtor
302 42nd Ave. No.
Nashville, Tennessee 37209
(615) 386-0075 phone (615) 864-8419 fax
ecfmail@tennessee-bankruptcy.com